UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WESCO INSURANCE COMPANY,<br>   Plaintiff,<br><br>-v-<br><br>CHRISTOPHER D. MORRIS, et al.,<br>   Defendants.<br><br>and<br><br>CHRISTOPHER D. MORRIS, et al.<br>   Third-Party Plaintiffs,<br><br>-v-<br><br>MARKEL INSURANCE COMPANY,<br>   Third-Party Defendants. | No. 1:17-cv-869<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has approved Plaintiff Wesco Insurance's Rule 41(a)(2) motion for voluntary dismissal of the lawsuit. The third-party plaintiffs and third-party defendant joined in the motion for voluntary dismissal. There are no pending motions or claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 2, 2018              /s/ Paul L. Maloney
                      Paul L. Maloney
                      United States District Judge